UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:04CR00032

JEFFREY ALLEN PATCH

## MOTION FOR MODIFICATION

## OF CONDITIONS OF RELEASE

Comes now the defendant, Jeffrey Allen Patch, by counsel, and moves for modification of the conditions of release, representing the truth of the following:

1. By an order of the court on April 7, 2004, the defendant was released on bail secured by an appearance bond inn the amount of $25,000.

2. The conditions of release included home detention with electronic monitoring, and a requirement that at least one of his parents be present in the home at all times and accompany the defendant on trips outside the home.

3. The defendant has been completely compliant with all the conditions imposed upon him by the court's order.

4. The defendant is scheduled to under an MRI procedure on July 7, 2005. This procedure requires the removal of the ankle bracelet that is part of the electronic monitoring system.

5. Electronic monitoring is no longer needed to insure the defendant's appearance or the safety of the community.

WHEREFORE, your defendant prays that the conditions of his release be modified to eliminate the requirement of electronic monitoring and substitute in its place a restrictive curfew as determined by the pretrial release officer.

    Respectfully submitted,

    JEFFREY A. PATCH

    By Counsel

Counsel:
S/Frederick T. Heblich, Jr.
Frederick T. Heblich, Jr.
801 East Jefferson Street
Charlottesville, VA 22902
VSB # 21898
Tel. (434) 244-2784
Fax  (434) 977-2874
Counsel for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Nancy S. Healey, AUSA; and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    S/Frederick T. Heblich, Jr.
    Frederick T. Heblich, Jr.
    VSB 21898
    801 East Jefferson Street
    Charlottesville, VA 22902
    Tel (434) 244-2784
    Fax (434) 977-2874
    fheblich@earthlink.net