AO 455 (Rev. 5/85) Waiver of Indictment

FILED IN OPEN COURT
DATE: 9-16-05
_Michele Bossement_
DEPUTY CLERK

# United States District Court

WESTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

V.

JEFFREY ALLEN PATCH

WAIVER OF INDICTMENT

CASE NUMBER: 3:04CR00032-01

I, **JEFFREY ALLEN PATCH**, the above named defendant, who is accused of Title 18, United States Code, Section 2422(b),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 09-16-2005 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Date*

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.