IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
AT CHARLOTTESVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **SUPERSEDING INFORMATION** |
| | : | |
| v. | : | Criminal No. 3:04CR00032 |
| | : | |
| JEFFREY ALLEN PATCH | : | In violation of: |
| | : | 18 U.S.C. 2422(b) |

### Count One

The United States Attorney charges:

1. That in or about February and March 2004, in the Western Judicial District of Virginia, the defendant, JEFFREY ALLEN PATCH, did use a facility or means of interstate commerce, to wit, telephone lines and the internet, to knowingly persuade, induce, entice and coerce and attempt to persuade, induce, entice and coerce an individual, known to the grand jury as "Minor A" but herein unnamed, who had not yet attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, namely, VA. Stat. § 18.2-371.

All in violation of Title 18, United States Code, Section 2422(b).

### FORFEITURE

1. The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provision of Title 18, United States Code, Section 2253.

2. The defendant, Jeffrey Patch, shall forfeit to the United States of America, any property, real or personal, used or intended to be used to commit or to promote the commission of offenses, including but not limited to:

    a. 1 BTO desktop computer, s/n 1W0011102,

    b. 1 Packard Bell desk top computer, s/n GCNM50211700,

    c. 1 Dell desktop computer, Optiplex GS270, s/n 17GBL31,

    d. 1 Dell desktop computer, Optiplex GS200, s/n 3HWJ501,

    e. 1 Dell laptop computer, s/n 0977HN,

    f. 1 Micron laptop computer, s/n 5114150455222,

    g. 1 web camera, and

    h. various floppy, compact and miscellaneous computer disks seized as evidence by the FBI on February 9, 2004.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provision of Title 18, United States Code, Section 2253(o).

Date: 9/16/05

John L. Brownlee (AUSA)
UNITED STATES ATTORNEY