(Rev. 11/9/00)

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

UNITED STATES OF AMERICA

V.                                             Criminal Action No. 3:04CR00032-01

Jeffrey Allen Patch
_____

      In the presence of _____Fred Heblich_____, my counsel, who has fully explained the charges contained in the ~~indictment~~/information against me, and having received a copy of the ~~indictment~~/information from the United States Attorney before being called upon to plead, I hereby plead guilty to said ~~indictment~~/information and each count/~~count(s)~~ _____ thereof. I have been advised of the maximum punishment which may be imposed by the court for this offense. My plea of guilty is made knowingly and voluntarily and without threat of any kind or without promises other than those disclosed here in open court.

_____
Signature of Defendant

9/16/05
Date

_____
Witness